

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00028-CV

_____

IN THE INTEREST OF W.C.R., A CHILD

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 81,870

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

Ronnie Sue Miller and Timothy Andrew Miller timely filed a notice of appeal on April 20, 2016. The reporter's record was filed May 10, 2016. The clerk's record was filed May 13, 2016. The Millers' brief was due to be filed in this Court on June 13, 2016. When neither a brief nor a motion to extend time for filing same was received by June 28, this Court advised the Millers by letter dated June 28, 2016, that the brief was late. We further extended the deadline for filing the brief to July 13, 2016. We warned the Millers that failure to file the brief by July 13, 2016, would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

We have received no responsive communication from the Millers and have not received their appellate brief. Having not received any response to this Court's letter of June 28, 2016, the Miller's appeal is ripe for dismissal for want of prosecution. Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Ralph K. Burgess
Justice

Date Submitted:     August 4, 2016
Date Decided:       August 5, 2016

2